WILLIAM C. VEGHT, Administrator, etc., Respondent, *v.* FLOR-
ENCE SLOCUM et al., Appellants.

(Argued January 19, 1886 ; decided January 26, 1886.)

*Wm. B. Slocum* for motion.

*Andrew Fallon* opposed.

Motion to dismiss appeal granted unless within twenty days
from order, the appellant furnishes the undertakings required
by law, with $10 costs.

All concur.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
EDWARD SEELEY, Appellant.

(Argued January 18, 1886; decided February 2, 1886.)

*W. Henry Davis* for appellant.

*W. H. Shaffer* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

THOMAS MALONEY, Appellant, *v.* THE BROOKLYN CITY RAIL-
ROAD COMPANY, Respondent.

(Argued January 18, 1886; decided February 2, 1886.)

*Charles J. Patterson* for appellant.

*Winchester Britton* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.